LISENBY v. PHELPS, *Appellant:*

**Replevin.** To maintain replevin, the plaintiff must be entitled to the immediate and exclusive possession of the property. Hence the action will not lie where the plaintiff and defendant at the time of the caption were joint owners.

*Appeal from Webster Circuit Court.*—Hon. R. W. FYAN, Judge.

REVERSED.

*F. S. Heffernan* for appellant.

*J. R. Edwards* for respondent.

HOUGH, J.—This was an action of replevin for certain abstract books. It appears from the record that at the date of the alleged caption, the plaintiff and defendant were joint owners of the books in question. As the plaintiff was not entitled to the immediate and exclusive possession of the books, he cannot maintain this action. *Gray v. Parker*, 38 Mo. 160; *Cross v. Hulett*, 53 Mo. 397. The judgment will be reversed, and the cause remanded. The other judges concur.